FILED'08 MAY 05 16:53usDC-0RP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LAURIE GIRTZ,                                      CV. 07-1530 PK

       Plaintiff,                                ORDER

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.


REDDEN, Judge:

Magistrate Judge Paul Papak issued Findings and Recommendation (#20) on April 4,

2008, in which he recommended that this court affirm the Commissioner's decision. The matter

is now before this court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

When, as here, no objections are filed, the court is not required to review the factual or

legal conclusions of the Magistrate Judge. *See, Thomas v. Arn,* 474 U.S. 140, 149 (1985); *United

States v. Reyna-Tapia,* 328 F.3d 1114, 1121 (9th Cir. 2003).

After review, I agree with Judge Papak's Recommendation. There is no legal error. The court adopts Magistrate Judge Papak's Findings and Recommendations (#20). Defendant's Motion to Dismiss (#9) is granted. Plaintiff's requests for costs, disbursements, and attorney's fees is denied.

IT IS SO ORDERED.

Dated this __5__ day of May, 2008.

James A. Redden
United States District Judge