FILED'08 MAY 06 15:56 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LAURIE GIRTZ,                                           CV. 07-1530 PK

       Plaintiff,                                     JUDGMENT

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.

REDDEN, Judge:

   Defendant's Motion to Dismiss (#9) is granted. Plaintiff's request for costs, disbursements, and attorney's fees is denied.

IT IS SO ORDERED.

Dated this 6 day of May, 2008.

                              James A. Redden
                              United States District Judge

JUDGMENT